IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **HERMAN TOWNSEND**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. **03-237-JLF** |
| ) | |
| **TOMA OSMAN, et al.**, ) | |
| ) | |
| Defendants. ) | |

## ORDER

**PROUD, Magistrate Judge:**

Before the Court is plaintiff's Motion for Status Update and Motion to Compel. **(Docs. 22 and 26).**

Plaintiff seeks an order compelling defendants to serve their initial disclosures. In their Response, **Doc. 28**, defendants state that they mailed their initial disclosures on August 9, 2005.

Plaintiff's Motion for Status Update and Motion to Compel **(Docs. 22 and 26)** are **DENIED as moot.**

IT IS SO ORDERED.

DATE:  August 11, 2005.

s/ Clifford J. Proud
CLIFFORD J. PROUD
U.S. MAGISTRATE JUDGE