IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **HERMAN TOWNSEND**, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil No. **03-237-JLF** |
| | ) |
| **TOMA OSMAN, et al.**, | ) |
| | ) |
| Defendants. | ) |

## ORDER

**PROUD, Magistrate Judge:**

Upon consideration and for good cause shown, Defendants' Motion to Stay Discovery **(Doc. 49)** is **GRANTED**. Discovery is stayed as to the claims asserted in Counts 1(a) through 1(g), 2(e), 2(f), 2(h), 2(m), 2(o), and 2(q), pending a ruling on defendants' motion for summary judgment asserting failure to exhaust administrative remedies.

**IT IS SO ORDERED.**

DATE: October 14, 2005.

                                                **s/ Clifford J. Proud**
                                                **CLIFFORD J. PROUD**
                                                **U.S. MAGISTRATE JUDGE**