IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **HERMAN TOWNSEND**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. **03-237-JLF** |
| ) | |
| **TOMA OSMAN, et al.**, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

**PROUD, Magistrate Judge:**

The following motions are before the Court:

• Plaintiff's Motion for Sanctions **(Doc. 76)**;

• Plaintiff's Motion to Compel **(Doc. 77)**;

• Plaintiff's Motion to Compel **(Doc. 84)**;

• Plaintiff's Motion to Compel **(Doc. 105)**.

These motions concern discovery requests sent by plaintiff to various defendants. The motions must be denied.

Many of the defendants filed motions for summary judgment, raising the issue of plaintiff's failure to exhaust administrative remedies. The Court ordered discovery stayed as to the counts that were the subjects of those motions. **See, Doc. 95.**

Defendants' motions for summary judgment were granted in large part. **See, 162**. Plaintiff's discovery requests are mostly irrelevant now, as many of his claims have been dismissed. The Court will not expend its resources combing through plaintiff's voluminous discovery requests to weed out those that are now moot. Rather, plaintiff should review his

1

discovery requests and the responses that he has received in order to determine which, if any, relevant requests remain unanswered.

Upon consideration and for good cause shown, the following motions are **DENIED**:

- Plaintiff's Motion for Sanctions **(Doc. 76)**;

- Plaintiff's Motion to Compel **(Doc. 77)**;

- Plaintiff's Motion to Compel **(Doc. 84)**;

- Plaintiff's Motion to Compel **(Doc. 105)**.

**IT IS SO ORDERED.**

**DATE:  July 14, 2006.**

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**UNITED STATES MAGISTRATE JUDGE**
