IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**HERMAN TOWNSEND,**

**Plaintiff,**

**v.**

**WARDEN C. HINSLEY, et al.,**

**Defendants.**                                              No. 03-CV-0237-DRH

### MEMORANDUM and ORDER

**HERNDON, District Judge:**

On March 21, 2007, the Court revoked Townsend's *in forma pauperis* status and ordered him to pay the full filing fee within 14 days (Doc. 210). As of this date, Townsend has not paid the required fee. Accordingly, the Court **DISMISSES with prejudice** this case for failure to pay the required filling fee. Further, the Court **ORDERS** Townsend to pay the filing fee of $150.00 to the Clerk of the Court. The Clerk of the Court will continue to collect the fee from Townsend's prisoner trust account using the mechanism of Section 1915(b) as set forth in the Court's April 25, 2003 Order (Doc. 7). Further, the Court **DIRECTS** the Clerk of the Court to enter judgment reflecting the same.

**IT IS SO ORDERED.**

Signed this 9th day of April, 2007.

/s/          David   RHerndon
**United States District Judge**