# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**HERMAN TOWNSEND,**

    **Plaintiff,**

**v.**                                                     **CIVIL ACTION NO. 03-237 DRH**

**WARDEN C. HINSLEY, et al.,**

    **Defendants.**

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This action came to hearing before the Court for failure to pay the required filing fees.

**IT IS ORDERED AND ADJUDGED** that the case is **DISMISSED with prejudice**.

**NORBERT G. JAWORSKI, CLERK**

April 11, 2007                                    BY: /s/Patricia Brown
                                                                  Deputy Clerk

APPROVED: /s/ David RHerndon
                **U.S. DISTRICT JUDGE**